2/26/2025

Honorable Judge John L. Sinatra JR. (CHAMBERS)

enclosed is a copy of my inmate trust fund account information that was requested by the court to proceed Informa Papurus, and to show that I cannot afford filling fee cost

UNITED STATES DISTRICT COURT
FILED
MAR 03 2025
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

DIN#23B5455
9-27-82
RAHEIM STEPHENS
SS#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

```
KICSM80                          ICAS SYSTEM                           02/21/25
                             NYS DEPT OF CORRECTIONS                   11:36:35
                             209-INMATE BALANCE SCREEN
                                         PHONE: ( 315 ) 339 5232 EXT: 2000
        NYSID: 09552529P                 FAX:   ( 315 ) 339 5232 EXT: 2099
          DOB: 09/27/82                  CURRENT FACILITY: MOHAWK C.F.
    FULL NAME: STEPHENS RAHEIM J
          DIN: 23B5455              *************************************
                                    *          ENCUMBRANCES             *
                                    *            TOTAL:      0.00       *
SPENDABLE BALANCE:       7.49       *        COLLECTED:      0.00       *
                                    *      OUTSTANDING:      0.00       *
                                    *************************************

                    SPENDABLE FOR LAST        TOTAL DEPOSITS FOR
                       SIX MONTHS              LAST SIX MONTHS
       OLDEST            108.77                    222.09
         ||                0.00                     70.41
         ||               74.75                    233.86
         ||                3.08                    107.26
         \/               78.88                    149.73
       NEWEST             59.21                    115.61
                                                          NEXT DIN:
ANOTHER LOOKUP - KEY NEXT DIN PRESS <ENTER>  RETURN TO MENU PRESS <PF3>
```

MOHAWK CORRECTIONAL FACILITY
6514 Rt. 26
P.O. Box 8451
Rome, N.Y. 13442

NAME: RAHEIM STEPHENS    DIN: 23B5455

24cv1145

SYRACUSE NY 130
27 FEB 2025 PM 3 L
MOHAWK
CORRECTIONAL FACILITY

NEOPOST
02/27/2025
US POSTAGE $000.69
FIRST-CLASS MAIL
IMI
ZIP 13440
041M11469096

Western
U.S. District Court
Hon. Judge John L. Sinatra JR. (CHAMBERS)
2 Niagara Square
Buffalo NY 14202

— legal Mail —

USDC - WDNY
MAR - 3 2025
BUFFALO

14202-395050